Law Offices of Erik Graeff, P.C.
2125 N. Flint Ave.
Portland, OR 97227
(971) 228-0014

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Philip Michael Goldfeld<br>Anne Ashton Goldfeld<br><br>      Debtors.<br><br>Philip Michael Goldfeld<br>Anne Ashton Goldfeld<br><br>      Plaintiffs,<br><br>vs.<br><br>Jeffrey A. Long, Trustee of Elizabeth Steiner Trust<br><br>and<br><br>Gretchen Steiner Pan<br><br>      Defendants. | Case No.: 15-34500<br><br>Adv. Proc. No.:<br><br>COMPLAINT FOR WILLFUL VIOLATION OF AUTOMATIC STAY;<br><br>11 U.S.C. § 362 |

COMES NOW, Plaintiffs, by and through their attorney, Erik Graeff, and alleges as follows:

1.

This court has jurisdiction under 11 U.S.C. § 362 and 28 U.S.C. § 1334.

COMPLAINT FOR WILLFUL VIOLATION
OF AUTOMATIC STAY - 1

Law Offices of Erik Graeff, P.C.
2125 N. Flint Ave.
Portland OR 97227
(971) 228-0014
(503) 389-7939 fax

Case 15-03212-rld    Doc 1    Filed 12/19/15

2.

Plaintiff filed a chapter 7 bankruptcy petition on September 24, 2015, and this adversary proceeding relates to the above-referenced case.

3.

Defendant Jeffery A. Long(hereinafter referred to as "JLT") is the trustee of the Elizabeth Steiner trust(hereinafter referred to as "the trust") is located in and administering the trust in the state of Oregon.  The trust is governed by the laws of the state of Oregon.

4.

Defendant Gretchen Steiner Pan (hereinafter referred to as "Ms. Pan") is an individual living in the state of Oregon and sole beneficiary of the trust.

5.

Defendants JLT and Ms. Pan were properly listed on the original schedule F with two notice addresses.  See schedule F in the petition.

6.

The Plaintiff's 341 hearing took place on October 22, 2015. Defendant Ms. Pan showed up early to attend the hearing and defendant JLT did not attend.  Before the hearing, Defendant Ms. Pan with the assistance of defendant JLT had falsely informed the federal authorities that Plaintiffs were carrying firearms

COMPLAINT FOR WILLFUL VIOLATION OF AUTOMATIC STAY - 2

Law Offices of Erik Graeff, P.C.
2125 N. Flint Ave.
Portland OR 97227
(971) 228-0014
(503) 389-7939 fax

with them at hearing. Defendants had no reason to believe the Plaintiffs had firearms with them.

7.

This was told to the authorities with the intent to harass and intimidate the Plaintiffs, and out of spite for the Plaintiffs in relation to the debt owed to defendants. The SWAT team showed up, searched everyone, and the entire proceedings were disturbed.

8.

As the SWAT team began to search people, Ms. Pan stated loudly to everyone, while pointing at Plaintiff Philip Michael Goldfeld, "That's him, he has two hand guns and an Uzi on him." In fact, Ms. Pan had no reason to believe the Plaintiff had any weapon on him. The Plaintiff was wearing biker shorts and other thin clothing that would have made concealment of weapons impossible. After the Plaintiffs were searched, no firearms were found.

9.

After the Plaintiff's 341 hearing started with the Chapter 7 trustee Rodolfo Camacho, Ms. Pan stated on the record that she was the sole beneficiary of the trust and that trustee JLT had loaned the Plaintiffs $100,000 of money from the trust that they did not pay back.

COMPLAINT FOR WILLFUL VIOLATION
OF AUTOMATIC STAY - 3

Law Offices of Erik Graeff, P.C.
2125 N. Flint Ave.
Portland OR 97227
(971) 228-0014
(503) 389-7939 fax

10.

One day after the hearing defendant Ms. Pan went online to post a negative comment about the Plaintiff's family and business. She posted a response to an article that had been written about the Plaintiffs several years earlier.

11.

The article was in the Oregonian online. On October 23, 2015 one day after the 341 hearing Ms. Pan posted, "Carry home anything major is never a problem for Anne & Phil Goldfeld. The Car Free Family can't afford large appliances! Their lifestyle is not sustainable & every few years, they file for Bankruptcy. First in Arizona, then ten years later, right here in Oregon in 2015. The Goldfelds are Grifters!! They brought their own special disingenuous brand of criminality to Hillsboro, Oregon."

12.

Defendant's conduct was at all relevant times done with the intent to harass and intimidate the Plaintiffs and to maximize their chance for collecting the debt owed.

13.

Defendants willfully violated the automatic stay when they falsely informed the federal authorities that the Plaintiffs were armed at the hearing because this false allegation was designed to harass and to collect a debt.

COMPLAINT FOR WILLFUL VIOLATION OF AUTOMATIC STAY - 4

Law Offices of Erik Graeff, P.C.
2125 N. Flint Ave.
Portland OR 97227
(971) 228-0014
(503) 389-7939 fax

Case 15-03212-rld    Doc 1    Filed 12/19/15

14.

Defendants willfully violated the automatic stay when they went online to post negative comments about the Plaintiffs because this was an attempt to collect a pre-petition debt.

FIRST CLAIM FOR RELIEF

(Actual Damages – 11 U.S.C. § 362(k))

15.

The Plaintiffs incorporate herein the allegations contained in paragraphs 1-12 above.

16.

The Plaintiffs have suffered actual damages in the amount of $10,000 or in an amount to be proven at trial, and should be awarded such damages.

SECOND CLAIM FOR RELIEF

(Punitive Damages – 11 U.S.C. § 362(k))

17.

The Plaintiffs incorporate herein the allegations contained in paragraphs 1-16 above.

18.

The defendant's conduct was willful, wanton and outrageous such that Plaintiffs should be awarded punitive damages in the amount of $90,000.

COMPLAINT FOR WILLFUL VIOLATION OF AUTOMATIC STAY - 5

**Law Offices of Erik Graeff, P.C.**
**2125 N. Flint Ave.**
**Portland OR 97227**
**(971) 228-0014**
**(503) 389-7939 fax**

Case 15-03212-rld    Doc 1    Filed 12/19/15

## THIRD CLAIM FOR RELIEF

(Attorney Fees and Costs – 11 U.S.C. § 362(k))

19.

The Plaintiffs incorporate herein the allegations contained in paragraphs 1-18 above.

20.

But for the Defendants' violation of the automatic stay, the Plaintiff would not have had to initiate this adversary proceeding to enforce its provisions.

21.

The Plaintiffs should be awarded reasonable attorney fees and costs expended in pursuing the preceding claims.

22.

## FOURTH CLAIM FOR RELIEF

(Compensatory Civil Contempt - 11 U.S.C. § 105)

Plaintiff incorporates herein the allegations contained in paragraphs 1-21 above.

23.

Defendant's attempts to collect the debt in violation of the automatic stay under 11 U.S.C. § 362 is subject to the court's contempt powers. Defendants should be held in contempt of court pursuant to U.S.C. §105 and be ordered to pay compensatory damages to Plaintiffs in the amount of $25,000.

//

//

COMPLAINT FOR WILLFUL VIOLATION OF AUTOMATIC STAY - 6

**Law Offices of Erik Graeff, P.C.**
2125 N. Flint Ave.
Portland OR 97227
(971) 228-0014
(503) 389-7939 fax

Case 15-03212-rld    Doc 1    Filed 12/19/15

WHEREFORE, the Plaintiff prays for the following:

    a. Award the Plaintiffs Actual Damages in an amount of $10,000 or in an amount to be determined at trial;

    b. Award the Plaintiffs Punitive Damages of $90,000;

    c. Award the Plaintiffs reasonable attorney fees and costs; and

    d. Award Plaintiff compensation for civil contempt in an amount of $25,000.

    e. Grant such equitable relief or other relief as this court deems just and appropriate.

Dated: December 19, 2015

Law Offices of Erik Graeff P.C.

/s/ Erik Graeff
Erik Graeff, OSB #102169
Attorney for Plaintiffs

COMPLAINT FOR WILLFUL VIOLATION OF AUTOMATIC STAY - 7

Law Offices of Erik Graeff, P.C.
2125 N. Flint Ave.
Portland OR 97227
(971) 228-0014
(503) 389-7939 fax

Case 15-03212-rld    Doc 1    Filed 12/19/15