Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re:<br><br>**PHILIP MICHAEL GOLDFELD** and **ANNE ASHTON GOLDFELD**,<br>Debtors.<br><br>**PHILIP MICHAEL GOLDFELD** and **ANNE ASHTON GOLDFELD**,<br>Plaintiffs<br><br>v.<br><br>**JEFFREY A. LONG**, Trustee of **ELIZABETH STEINER TRUST** and **GRETCHEN STEINER PAN**<br>Defendants. | Case No. 15-34500-rld7<br><br>Adversary Proceeding No. 15-03212-rld<br><br>ORDER GRANTING DEFENDANT JEFFREY A. LONG, TRUSTEE OF ELIZABTETH STEINER TRUST'S MOTION TO DISMISS WITH PREJUDICE |

This matter came before the court on defendant Jeffrey A. Long, Trustee of Elizabeth Steiner Trust's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) made

applicable in this bankruptcy proceeding pursuant to Federal Rule of Bankruptcy Procedure 7012, filed in the instant matter as Docket Number 7. Plaintiffs filed a response to the motion on January 29, 2016. The court held a hearing on the matter on February 1, 2016. Chris Mertens of Mertens Law, LLC appeared on behalf of the movant; Erik Graeff of Law Offices of Erik Graeff, P.C. appeared for the plaintiffs; and Nicholas Henderson of Motschenbacher & Blattner LLP appeared for defendant Gretchen Steiner Pan.

Having reviewed the motion and response on the record, considered the arguments of both parties and applicable legal standards,

IT IS HEREBY ORDERED that the defendant Jeffrey A. Long, as Trustee of Elizabeth Steiner Trust's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted and the complaint shall be dismissed with prejudice only as to defendant Jeffrey A. Long, as Trustee of Elizabeth Steiner Trust.

# # #

I, undersigned attorney, certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Respectfully submitted by:

/s/Chris Mertens
Chris Mertens, OSB #90223
Mertens Law, LLC
Attorney for Defendant Jeffrey A. Long, Trustee for Elizabeth Steiner Trust

cc: Debtors; Via ECF: Debtor-plaintiffs, Gretchen Steiner Pan, and Jeffrey A. Long, Trustee for Elizabeth Steiner Trust