Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PHILIP MICHAEL GOLDFELD,<br>ANNE ASHTON GOLDFELD,<br><br>                Debtors. | Case No. 15-34500-rld7<br><br>Adv. Proc. No. 15-03212-rld<br><br>**ORDER REGARDING DEFENDANT GRETCHEN STEINER PAN'S MOTION TO DISMISS ADVERSARY PROCEEDING** |
| PHILIP MICHAEL GOLDFELD,<br>ANNE ASHTON GOLDFELD,<br><br>                Plaintiffs,<br><br>    v.<br><br>JEFFREY A. LONG, TRUSTEE OF ELIZABETH STEINER TRUST and GRETCHEN STEINER PAN,<br><br>                Defendants. | |

Page 1 –   ORDER REGARDING DEFENDANT GRETCHEN PAN'S
             MOTION TO DISMISS ADVERSARY PROCEEDING

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

Case 15-03212-rld    Doc 23    Filed 03/04/16

This matter came before the Court on February 26, 2016, on the Motion to Dismiss Adversary Proceeding (the "Motion") filed by Defendant Gretchen Steiner Pan ("Defendant"). Plaintiffs Philip Michael Goldfeld and Anne Ashton Goldfeld ("Plaintiffs") did not appear at the hearing. Nicholas J. Henderson of Motschenbacher & Blattner, LLP appeared on behalf of Defendant. The Court, after review of the pleadings, the arguments presented, and the applicable law, hereby ORDERS the following:

1. Defendant's Motion is GRANTED as to Plaintiffs' Fourth Claim for Relief, and such claim is dismissed with prejudice.

2. As to the remaining claims in Plaintiffs' complaint. Plaintiffs must amend their Complaint within 21 days from the date of the entry of this Order, to clearly allege whether or not Defendant is a creditor of the Plaintiffs, and to state facts to set forth the basis on which such allegation is made.

3. If Plaintiffs fail to amend their Complaint as described within 21 days from the entry date of this Order, Plaintiffs' remaining claims will be dismissed with prejudice without further notice or hearing.

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Order Presented By:
MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Facsimile: (503) 417-0528
Email: nhenderson@portlaw.com

Of Attorneys for Defendant Gretchen Steiner Pan

Page 2 – ORDER REGARDING DEFENDANT GRETCHEN PAN'S MOTION TO DISMISS ADVERSARY PROCEEDING

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

Case 15-03212-rld    Doc 23    Filed 03/04/16

**ECF Electronic Service:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**Service via First-Class Mail:**

NONE

Page 3 – ORDER REGARDING DEFENDANT GRETCHEN PAN'S MOTION TO DISMISS ADVERSARY PROCEEDING

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

Case 15-03212-rld    Doc 23    Filed 03/04/16