| 04/18/2016 | MONDAY | Judge Randall L. Dunn |
|---|---|---|
| 10:00 15-3212 rld ap | Goldfeld et al v. Pan | |
| 15-34500 | **Further Pre-Trial Conference** | |
| | Philip Michael Goldfeld - pla | ERIK J GRAEFF ✓ |

Evidentiary Hearing:    Yes: ☐    No: ☒

TRIAL set on 7/7/16 at 1:30pm, Courtroom #3.

Submissions due 6/23/16

No Final PTC - but will set upon request

Court to prepare scheduling order

Order to be prepared by:  ☐ Clerk's Office  ☒ Chambers  ☐ _____

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
  #2 _____ Planning Conf. by ___-___-___ / No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:    04/18/16